IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BONNIE ANDERSON | } |
| Plaintiff, | } |
| v. | } CIVIL ACTION NO. H-03-2873 |
| ULTRAVIOLET SYSTEMS, INC., ISMAIL GOBULUKOGLU, HARRELL ELLIS, IRETA ELLIS, and ERNEST SUMRALL | } |
| Defendants. | } |

**FINAL SUMMARY JUDGMENT**

On this day,, in the action pending between Plaintiff, Bonnie Anderson, and Defendants, Ultraviolet Systems, Inc., Ismail Gobulukoglu, Harrell Ellis, Ireta Ellis, and Ernest Sumrall, the court has issued its Opinion on Summary Judgment that Plaintiff's claims must be dismissed as a matter of law, and the court hereby **ORDERS** that Plaintiff take nothing, and that Defendants, are awarded their costs.

SIGNED at Houston, Texas, this 28th day of July, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE